UNITED STATES DISTRICT COURT
THIRD DIVISION
DISTRICT OF MINNESOTA

Cedric M. Wilson,

        Plaintiff,

    v.

Walgreen Co. an Illinois Corporation authorized to do business in Minnesota d/b/a Walgreens and d/b/a Walgreens-Store #6447,

        Defendant.

Our File No. _____

**NOTICE FOR REMOVAL**

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA:

Petitioners\Defendants respectfully show and allege the following in support of their Petition for Removal.

1. Petitioners are the Defendants in an action commenced against them in Hennepin County District Court entitled <u>Cedric M. Wilson v. Walgreen Co. an Illinois Corporation authorized to do business in Minnesota d/b/a Walgreens and d/b/a Walgreens-Store #6447</u>. A true and correct copy of the Summons and Complaint served upon petitioners is attached as Exhibit "A". No further proceedings have taken place in the state action.

2. Plaintiff, Cedric M. Wilson, is and was at all relevant times a citizen who resides in the County of Ramsey and State of Minnesota. Petitioner\Defendant Walgreen Co. is

and at all relevant times a citizen and incorporated in the State of Illinois with its principal place of business in City of Deerfield in the State of Illinois.

3. Complete diversity exists among the parties to this action and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Based upon the foregoing, this Court has original jurisdiction for this matter pursuant to 28 U.S.C. § 1332, and the entire matter is one which may be removed to this Court pursuant to 28 U.S.C. § 1441.

5. The Summons and Complaint in the state action was served on Defendant on or about September 18, 2020, and Petitioner\Defendant has filed this Notice to Remove within thirty (30) days after service of the Summons and Complaint.

WHEREFORE, Petitioner\Defendant prays that the state action pending against them be removed to this Court.

Dated: ___September 29___, 2020.     Lind, Jensen, Sullivan & Peterson
                                     A Professional Association

                                     *s/Brian A. Wood*

                                     By_____
                                          Brian A. Wood   #141690
                                     Attorneys for Defendant
                                     1300 AT&T Tower
                                     901 Marquette Avenue South
                                     Minneapolis, Minnesota 55402
                                     (612) 746-0151
                                     brian.wood@lindjenen.com