| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT<br>CASE TYPE: PERSONAL INJURY |

Cedric M. Wilson,

      Plaintiff,

v.

Walgreen Co., an Illinois Corporation authorized to do business in Minnesota, d/b/a Walgreens and d/b/a Walgreens-Store #6447,

      Defendant.

Court File No. _____

**NOTICE OF FILING**
**NOTICE FOR REMOVAL**

On September 29, 220, Defendant filed it's Notice of Removal of Civil Action to the United States District Court with the United States District Court for the Second District of Minnesota, a copy of which is attached hereto and hereby served upon you.

In accordance with 28 U.S.C., § 1446 (2012), the filing of the removal petition "effect[s] the removal and the State court shall proceed no further unless and until the case is remanded.

Dated: September 29, 2020.

Lind, Jensen, Sullivan & Peterson
A Professional Association

By *s/Brian A. Wood*
_____
    Brian A. Wood   #141690
Attorneys for Defendant
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
(612) 746-0151
brian.wood@lindjenen.com